BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GREGORY BONNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-01 40136 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| vs. | ) | |
| GREGORY BONNER, | ) | |
| Defendant. | ) | |

    Gregory Bonner appeared before the Court on 26 July 2011 for a status conference regarding his supervised release. Following a favorable report from the probation officer, the parties agreed that Mr Bonner's continued success and compliance with the conditions of his supervised release will best be served by permitting him to remain at Cornell Corrections Facility for a period of time.

    It is therefore STIPULATED AND AGREED that the conditions of Gregory Bonner's supervised release be MODIFIED to include the condition that he remain at the Cornell Corrections Facility for a period of up to six months, at the direction of the probation officer, and that the 25% subsidy deducted from his salary be WAIVED.

STIP/ORD                                            1

Dated: 26 July 2011

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

Dated: 26 July 2011

/S/
_____
JAMES C. MANN
Assistant United States Attorney

Good cause appearing therefor, IT IS HEREBY ORDERED that the conditions of Gregory Bonner's supervised release are MODIFIED to include the condition that he remain at the Cornell Corrections Facility for a period of up to six months, at the direction of the probation officer. IT IS FURTHER ORDERED that the 25% subsidy currently deducted from his salary to defray partially the expenses of his residence at the facility is WAIVED.

IT IS SO ORDERED.

Dated: July 28, 2011

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge